

Attorneys at Law

Shira M. Blank
t 212.351.4694
f 212.878.8600
SBlank@ebglaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2020

January 13, 2020

**VIA ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application denied. The parties shall appear at the scheduled conference on February 5, 2020.

SO ORDERED:

*/s/ Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

1/14/2020

Re: *Himelda Mendez, et al. v. Madewell Inc.*,
Case No. 1:19-cv-11159-PGG-KHP

Dear Judge Parker:

This firm represents defendant Madewell Inc. ("Madewell") in the above-captioned matter. We write jointly with counsel for plaintiff Himelda Mendez to respectfully request that the Court adjourn the Initial Conference, which is currently scheduled for February 5, 2020, *sine die* (with all related deadlines being similarly adjourned).

In plaintiff's Class Action Complaint, she asserts that Madewell has discriminated against her, and other similarly situated individuals, by failing to sell store gift cards that contain writing in Braille. On January 2, 2020, Madewell waived service of the summons and Complaint, making its response to the Complaint due by March 2, 2020 – approximately a month after the Initial Conference. Madewell wishes to file a motion to dismiss plaintiff's Class Action Complaint, and intends to request the Court's permission to do so in accordance with the Honorable Paul G. Gardephe's Individual Rules. In an effort to work cooperatively, the parties have discussed Madewell's anticipated motion, and should the Court grant permission to do so, intend to agree upon a proposed briefing schedule. In light of Madewell's anticipated motion to dismiss, the parties respectfully request that the Court adjourn the Initial Conference in the interest of judicial efficiency.

This is the parties' first request for an adjournment of the Initial Conference (and related deadlines). The requested adjournment will not impact any other scheduled dates.

We thank the Court for its consideration of this request.

Respectfully Submitted,

*/s/ Shira M. Blank*

Shira M. Blank

cc: Bradly G. Marks (via ECF)
Joshua A. Stein (via ECF)