UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

HIMELDA MENDEZ AND ON BEHALF OF
ALL OTHER PERSONS SIMIARLY
SITUATED,

                                    Plaintiffs,                    19-CV-11159 (PGG) (KHP)

        -against-                                **ORDER**

MADEWELL INC.,

                                  Defendant.

------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light the Notice of Settlement filed on February 20, 2020 (doc. no 19) the Case Management Conference currently scheduled for **May 4, 2020** is hereby adjourned *sine die*.

      **SO ORDERED.**

DATED:      New York, New York
                 February 21, 2020

                                                               _____
                                                               KATHARINE H. PARKER
                                                               United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/21/2020